# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALAN RISHER, ROBERT A
BOURGEOIS, BRANDON
BOURGEOIS, AND BUSINESS
BROKERS OF LOUISIANA D/B/A
SUNBELT BUSINESS BROKERS

NO.   2021 CW 1363

VERSUS

**JANUARY 21, 2022**

DOUG GORE AND LIFESTYLE, LLC

---

In Re:    Doug  Gore,  applying  for  supervisory  writs,  19th
          Judicial  District  Court,  Parish  of  East  Baton  Rouge,
          No. 706526.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to include
a copy of pertinent court minutes, file-stamped copies of the
notice of intent, return date order, and motion and order for
extension of the return date, in violation of Rule 4-5(C)(10)
and (11) of the Uniform Rules of Louisiana Courts of Appeal. We
cannot determine the timeliness of this writ application or
whether evidence was introduced. In addition, this court
requires a copy of the pertinent hearing transcript in the event
that a new writ application is filed.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any
new application must be filed on or before February 10, 2022,
and must contain a copy of this ruling.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT